UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61081-CIV-SMITH/VALLE

CHRISTINA PUJOLS,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Paperless Report and Recommendation to District Judge [DE 29], recommending granting Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.A. § 2412(d) [DE 28]. No objections have been filed.

Accordingly, having reviewed the Report and Recommendation, Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.A. § 2412(d), the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Paperless Report and Recommendation to District Judge [DE 29] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.A. § 2412(d) [DE 28] is **GRANTED**. Plaintiff is

awarded $6,004.10 in attorney's fees to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of June, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record